FILED

JAN 3 0 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kareemah Bell-Boston, )
)
    Plaintiff, )
)
    v. )    Civil Action No. *14-135*
)
United States of America *et al.*, )
)
    Defendants. )
                )

MEMORANDUM OPINION

This matter is before the Court on its initial review of the plaintiff's *pro se* "Civil Action" (hereafter Complaint) and her application to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The plaintiff, a District of Columbia resident, recounts her visit to the Superior Court of the District of Columbia on November 29, 2013, for a "scheduled [] drug testing." Complaint at 2. She alleges that she was approached by a Court Security Officer who "wanted to know why I was in the build[ing]." *Id.* The plaintiff further alleges that after she informed the officer about her visit and proceeded to the escalators, the officer "started calling me crazy and I informed him not to mentally abuse me, he kept calling me crazy so I used the public pay phone . . . to contact the metropolitan police . . . ." *Id.* The plaintiff suggests that the officer is "obsessed" with her and describes his behavior as "unexpectable [sic]." *Id.* The plaintiff has not requested any relief and has not stated a basis for federal court jurisdiction. Hence, this case will be dismissed.[1]

United States District Judge

Date: January 10 , 2014

---

[1] A separate Order accompanies this Memorandum Opinion.

2